## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| BRIAN FIREBAUGH, *et al.*, | ) | |
| | ) | |
| *Petitioners*, | ) | No. 24-1130 |
| | ) | |
| v. | ) | |
| | ) | |
| MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, | ) | |
| | ) | |
| *Respondent*. | ) | |

## STATEMENT OF ISSUES

Pursuant to the Court's order of May 7, 2024, Petitioners Brian Firebaugh, Chloe Joy Sexton, Talia Cadet, Timothy Martin, Kiera Spann, Paul Tran, Christopher Townsend, and Steven King respectfully submit the following non-binding statement of the issues presented for review, without waiving their right to modify these issues or raise additional ones:

1. Whether the Protecting Americans From Foreign Adversary Controlled Applications Act (the "Act") violates the First Amendment.

2. Whether the Court should declare the Act unconstitutional and enjoin its enforcement.

DATED:   June 6, 2024

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Ambika Kumar*
        Ambika Kumar

Ambika Kumar
Tim Cunningham
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
(206) 757-8030
ambikakumar@dwt.com
timcunningham@dwt.com

Jeffrey L. Fisher
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
(650) 473-2633
jlfisher@omm.com

Elizabeth A. McNamara
Chelsea T. Kelly
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 489-8230
lizmcnamara@dwt.com
chelseakelly@dwt.com

James R. Sigel
Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
50 California Street, Suite 2300
San Francisco, California 94111
(415) 276-6500
jamessigel@dwt.com
adamsieff@dwt.com

*Attorneys for Petitioners Brian Firebaugh, Chloe Joy Sexton, Talia Cadet, Timothy Martin, Kiera Spann, Paul Tran, Christopher Townsend, and Steven King*

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on June 6, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: June 6, 2024

*/s/ Ambika Kumar*
Ambika Kumar

*Counsel for Petitioners*