# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 18, 2024

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

Re: Brian Firebaugh, et al.
v. Merrick B. Garland, Attorney General
No. 24-657
(Your No. 24-1130; 24-1183; 24-1113)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

Consideration of the application (24A587) for an injunction pending review presented to The Chief Justice and by him referred to the Court is deferred pending oral argument. Applicants suggested this Court treat the application as a petition for a writ of certiorari; doing so, the petition is granted. The petition for a writ of certiorari in No. 24-656 (24A587) is granted. The cases are consolidated, and a total of two hours is allotted for oral argument. The parties are directed to brief and argue the following question: Whether the Protecting Americans from Foreign Adversary Controlled Applications Act, as applied to petitioners, violates the First Amendment. The parties are directed to file electronically simultaneous opening briefs, limited to 13,000 words, and a joint appendix on or before 5 p.m. (EST), Friday, December 27, 2024. Reply briefs, limited to 6,000 words, are to be filed electronically on or before 5 p.m. (EST), Friday, January 3, 2025. Any amicus curiae briefs are to be filed electronically on or before 5 p.m. (EST), Friday, December 27, 2024. Booklet format briefs prepared in compliance with Rule 33.1 shall be submitted as soon as possible thereafter. The case is set for oral argument on Friday, January 10, 2025.

Sincerely,

**Scott S. Harris**, Clerk